HENRY KURANT et al., Doing Business as HY GRADE ELECTRIC CO., Respondents, v. MARSHALL ASSOCIATES, INC., Appellant.-

No opinion. Ughetta, Acting P. J., Christ, Brennan and Hopkins, JJ., concur; Rabin, J., dissents and votes to reverse the order and to deny the motion on the ground that it appears from the record that issues of fact are presented which should be resolved after a plenary trial.